BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELINE N. WALTON, ESQ.
Nevada Bar No. 010602
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237

Attorneys for Paul Steen and Doug Andrus Distributing, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM M. CAMPOS, both individually and as Personal Representative of the ESTATE OF ROSE A. FIATO,<br><br>              Plaintiffs,<br><br>vs.<br><br>PAUL STEEN, DOUG ANDRUS DISTRIBUTING, INC., DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>              Defendants. | CASE NO.  2:08-cv-748 LRH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| PAUL STEEN, DOUG ANDRUS DISTRIBUTING, INC.<br><br>              Third-Party Plaintiffs,<br>vs.<br><br>RYAN FRASER, REX WAKAMATSU and JOSHUA KINNUNEN, and MEDICWEST AMBULANCE, INC.; DOES XI through XX, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>              Third-Party Defendants. | |

1

C:\Documents and Settings\ramirezj\Local Settings\Temporary Internet Files\OLKB7F\SAO Dismissal.doc

1  IT IS HEREBY STIPULATED AND AGREED, by and between the below parties, by and
2  through their respective attorneys of record, that the above-entitled action be dismissed in its entirety
3  with prejudice. Each party to bear their own costs and fees.

4  Dated this ___1___ day of _December_ 2010    Dated this __26th__ day of _August_ 2010

5  STEPHENSON & DICKINSON                       CRAIG P. KENNY & ASSOCIATES

7  By:_____                 By:_____
      BRUCE SCOTT DICKINSON, ESQ.                   LAWRENCE E. MITTIN, ESQ.
8     Nevada Bar No.: 002297                        723 South Seventh Street
      MICHAEL E. HOTTMAN, ESQ.                      Las Vegas, NV 89101
9     Nevada Bar No.: 008501                        P: (702) 380-2800
10    JACQUELINE N. GROFF, ESQ.                     F: (702) 380-2833
      Nevada Bar No. 010602                         *Attorneys for Plaintiffs*
11    2820 West Charleston Blvd., Suite B-19
      Las Vegas, NV 89102
12    P: 702- 474-7229
13    F: 702-474-7237
      Attorneys for Paul Steen and
14    Doug Andrus Distributing, Inc.

15  Dated this _____ day of _____, 2010

16  WILSON, ELSNER, MOSKOWITZ, EDELMAN &
17  DICKER, LLP

19  By:_____
      JORGE A. RAMIREZ, ESQ.
20    415 South Sixth Street, #300
      Las Vegas, NV 89101
21    P: 702-382-1414
22    F: 702-382-1413
      *Attorneys for Medic West, et al.*
23
                                    ORDER
24
25      IT IS SO ORDERED this _____ day of _____, 2010.

26
                                    _____
                                         DISTRICT COURT JUDGE
27
28  Submitted by:

                                    2

S:\313\Fiato v. Andrus Trucking\Settlement Documents - Federal Case\SAO Dismissal.doc

1  IT IS HEREBY STIPULATED AND AGREED, by and between the below parties, by and
2  through their respective attorneys of record, that the above-entitled action be dismissed in its entirety
3  with prejudice. Each party to bear their own costs and fees.

4  Dated this _____ day of _____, 2010        Dated this _____ day of _____, 2010

5  STEPHENSON & DICKINSON                         CRAIG P. KENNY & ASSOCIATES

7  By:_____          By:_____
     BRUCE SCOTT DICKINSON, ESQ.                     LAWRENCE E. MITTIN, ESQ.
8    Nevada Bar No.: 002297                          723 South Seventh Street
     MICHAEL E. HOTTMAN, ESQ.                        Las Vegas, NV  89101
9    Nevada Bar No.: 008501                          P: (702) 380-2800
     JACQUELINE N. GROFF, ESQ.                       F: (702) 380-2833
10   Nevada Bar No. 010602                           *Attorneys for Plaintiffs*
     2820 West Charleston Blvd., Suite B-19
11   Las Vegas, NV  89102
     P: 702- 474-7229
12
     F: 702-474-7237
13   Attorneys for Paul Steen and
     Doug Andrus Distributing, Inc.
14

15 Dated this 20th day of January, 2011

16 WILSON, ELSNER, MOSKOWITZ, EDELMAN &
17 DICKER, LLP

19 By:_____
     JORGE A. RAMIREZ, ESQ.
20   415 South Sixth Street, #300
     Las Vegas, NV  89101
21   P: 702-382-1414
     F: 702-382-1413
22   *Attorneys for Medic West, et al.*

23
                                                ORDER
24
          IT IS SO ORDERED.
25

26                                              _____
                                                Howard D. McKibben
                                                DISTRICT COURT JUDGE
27                                              DATED:   JANUARY 21, 2011.

28 Submitted by:

2

C:\Documents and Settings\ramirezj\Local Settings\Temporary Internet Files\OLKB7F\SAO Dismissal.doc

Submitted by:

/s/ [signature]

BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELINE N. WALTON, ESQ.
Nevada Bar No. 010602
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Attorneys for Paul Steen and Doug Andrus Distributing, Inc.

3

S:\313\Fiato v. Andrus Trucking\Settlement Documents - Federal Case\SAO Dismissal.doc